

25 Melville Park Road, Suite 235
Melville, New York 11747
(631) 352-0050
mbw@fwlawpllc.com
linycemploymentlaw.com

September 19, 2024

**Via ECF**
Honorable Steven I. Locke
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re: Trapani v. Freeport Public School District, et. al.
         No. 24-CV-3005(JS)(SIL)

Dear Magistrate Judge Locke:

  I represent the Plaintiff, Kimberly Trapani. Please recall that at our September 4, 2024 initial conference, I noted Plaintiff's intention to serve a "So Ordered" subpoena on the New York City Department of Education seeking documents related to the individual Defendant Gustave Karagrozis's employment with the DOE. The Court stated that it would So Order the proposed subpoena, but that I should file a letter with the subpoena indicating whether Mr. Karagrozis has any objections to it. I write for this purpose.

  Mr. Karagrozis's counsel, Alexander Klein, Esq., "takes no position" with respect to the subpoena. Accordingly, I respectfully request that the Court "So Order" the attached subpoena.

  I thank Your Honor for your attention to this matter.

              Respectfully submitted,

              _____/s/_____
              Matthew Weinick

cc: Counsel of Record

1